ACCEPTED
01-15-00525-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/17/2015 2:41:16 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00525-CV

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
OF TEXAS AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/17/2015 2:41:16 PM
CHRISTOPHER A. PRINE
Clerk

IN THE INTEREST OF J.M., B.L.U., B.L.U. and K.U., Children

S.P.M., Appellant

v.

TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES,
Appellee

On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2013-05384J

COUNSEL'S MOTION TO WITHDRAW AFTER
FILING *ANDERS* BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

WILLIAM M. THURSLAND, appointed appellate counsel for
S.P.M., appellant, files his motion to withdraw and in support thereof
respectfully shows:

1. Contemporaneously with filing this motion, Counsel is filing a
brief wherein he concludes that the referenced appeal is frivolous pursuant to
*Anders v. California*, 386 U.S. 738 (1967)

2. In support of this motion, counsel states:

a.  He sent a copy of the *Anders* brief to appellant on August 17, 2015 along with a letter explaining that she has the right to file a pro se brief within 30 days as well as her right to file a petition for review with the Texas Supreme Court within 45 days of the last order issued by the Court of Appeals.

b.  The brief and letter were forwarded to appellant at her last known address by certified mail, return receipt requested, first class U.S. mail as well as by electronic delivery to her last known email address.

c.  In the letter to appellant, counsel further explained that the Court of Appeals conducts its own independent review of the record.  If it determines that there is any colorable claim for appeal, the Court will grant counsel's motion to withdraw and abate the appeal to permit the trial court to appoint a new appellate attorney with directions to file another brief.

WHEREFORE, WILLIAM M. THURSLAND, appointed appellate counsel for S.P.M., appellant, prays that this motion be granted and he be permitted to withdraw as her counsel.

Respectfully submitted,

/s/ william m thursland

_____

William M. Thursland
TBN: 20016200
440 Louisiana St., Ste. 1130
Houston, TX  77002
Email: wmthursland@hotmail.com
(713) 655-0200 x 105; Fax: (713) 655-9035

Attorney for Appellant, S.P.M.

## CERTIFICATE OF CONFERENCE

Pursuant to TRAP 10.1(a)(5), I certify that appellee's counsel, Sandra D. Hachem, is unopposed to this motion.

/s/ william m thursland
_____
William M. Thursland

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of appellant's brief was served in accordance with TRAP on August 17, 2015 on:

(1) Sandra D. Hachem, Sr. assistant Harris County attorney, 1019 Congress, 15th Fl., Houston, TX 77002, by electronic delivery;

(2) Gary Polland, 2211 Norfolk, Ste. 920, Houston, TX 77098, attorney ad litem for the children, by hand or electronic delivery; and,

(3) S.P.M., appellant, to her last known address: 11410 Brooklyn St., TRLR 261, Houston, TX 77093 by certified mail, return receipt requested & U.S. First Class Mail and by electronic delivery to sandrapmccormick@yahoo.com

/s/ william m. thursland
_____
William M. Thursland